UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　-v-<br><br>AUBREY ALEXANDER, and<br>CARLA COBB,<br><br>　　　　　　　　　Defendants. | Case No. 1:24-cr-00557 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

　　As stated on the record at the status conference held on March 13, 2025:

　　IT IS HEREBY ORDERED that the parties shall appear for a status conference on **April 29, 2025, at 11:30 a.m.**, in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

　　IT IS FURTHER ORDERED that a jury trial shall commence on Monday, **September 29, 2025, at 9:00 a.m.**, in the aforementioned courtroom.

　　IT IS FURTHER ORDERED that Defendants shall make any substantive motions no later than **May 27, 2025**, the Government shall respond no later than **June 23, 2025**, and Defendants shall file any reply no later than **July 14, 2025**. All submissions shall comply with the Court's Individual Rules and the Local Rules.

　　IT IS FURTHER ORDERED that the parties shall comply with the following schedule for pre-trial submissions:

| | |
|---|---|
| **August 26, 2025:** | The Government shall file any motions *in limine*, any Rule 404(b) notices, and its exhibit list and witness list.<br><br>In addition, the parties shall jointly file their proposed *voir dire*, requests to charge, and verdict form in accordance with the Court's Individual Rules. |
| **September 2, 2025:** | Defendants shall file responses to the Government's motion(s) and their own motions *in limine*, if any. In addition, to the extent that Defendants intend to put on |

|  |  |
|---|---|
|  | their own case-in-chief, they shall also file their exhibits lists and witness lists at this time. |
| **September 9, 2025:** | The Government shall file a response to Defendants' motion(s) *in limine*, if any. |

There shall be no replies to any motions *in limine*. The parties shall otherwise comply with the Court's Individual Rule 6 regarding criminal cases.

Finally, IT IS FURTHER ORDERED that the parties shall appear for a final pre-trial conference on **September 22, 2025, at 2:30 p.m.** in the aforementioned courtroom.

Dated: March 13, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge
