**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com                                                                                  Telephone 212-349-0230

<u>By ECF</u>

June 3, 2025

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

> Letter Motion GRANTED. Scheduling conference is set for **June 24, 2025 at 12:30 p.m.** At Defendants' request, they are excused from attending this status conference.
>
> SO ORDERED.
>
> Dated: June 4, 2025
> New York, New York
>
> /s/ Jennifer Rochon
> **JENNIFER L. ROCHON**
> **United States District Judge**

        Re:    <u>United States v. Alexander & Cobb</u>
             24 Cr. 557 (JLR)

Dear Judge Rochon:

     This letter is respectfully submitted to request that Your Honor set a date for a conference to discuss the schedule for this matter.

     I was appointed to represent Mr. Alexander on May 7, 2025 as substitute counsel for the Federal Defender's. Given the amount of discovery in this matter, it has been impossible for me to comply with the schedule Your Honor set by an Order dated March 13, 2025. *See,* Docket No 24.

     I have consulted with Assistant United States Attorney Justin Horton and Richard Palma, Esq., counsel for Ms. Cobb. Due to trial and travel commitments, all counsel are available at a time convenient to Your Honor on June 24th or the afternoon of June 26th. As the purpose of this conference is to discuss scheduling, Mr. Palma and I respectfully request that our clients be excused from attending this conference.

                                          Respectfully submitted,

                                          /s/ Andrew Patel
                                          Andrew G. Patel

cc:    All counsel by ECF