UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>AUBREY ALEXANDER, and<br>CARLA COBB,<br><br>                  Defendants. | Case No. 1:24-cr-00557 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      As stated on the record at the status conference held on June 24, 2025, it is hereby ORDERED that the parties shall appear for a status conference on **July 22, 2025, at 3:30 p.m.**, in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

      All other deadlines and the trial date set forth at Dkt. 24 shall remain unchanged.

Dated: June 24, 2025
       New York, New York

                                          SO ORDERED.

                                          *Jennifer Rochon*
                                          JENNIFER L. ROCHON
                                          United States District Judge