**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com                                                                 Telephone 212-349-0230

<u>By ECF</u>

June 17, 2025

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

> Letter Motion GRANTED.  The sentencing is adjourned from January 29, 2026 to March 19, 2026 at 10:00 am.
>
> Dated: September 18, 2025
>        New York, New Yrok
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

                    Re:     United States v. Alexander & Cobb
                            24 Cr. 557 (JLR)

Dear Judge Rochon:

   This letter is respectfully submitted to request that sentencing for Mr. Alexander be adjourned for approximately 60 days to a date and time convenient to Your Honor. Mr. Alexander's sentencing is currently scheduled for January 29, 2026.   No previous request has been made for such relief.

   Assistant United States Attorney Justin Horton has informed me that the Government consents to this request.

   United States Probation Officer Jemmard Thomas also consents to this request. Officer Thomas requests a three-week extension for the final PSR disclosure from Probation. The additional time will allow for proper review of the draft PSR and preparation of objections. Following receipt of objections, Probation requires approximately two weeks to confer with the government and finalize the PSR for the Court's review.

   This adjournment is being requested because Mr. Alexander and I are both dealing with medical issues.   Some of these issues were anticipated but some were not. I expect that these issues will take up the rest of September and most if not all of October.   This has made arranging the PSR interview impossible.   If Your Honor would like additional details, I would be pleased to provide that information in a sealed submission.

                                   Respectfully submitted,

                                     /s/ Andrew Patel
                                   Andrew G. Patel

cc:    AUSA Justin Horton by ECF and Email
       USPO Jemmard Thomas by Email