**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com                                                                                             Telephone 212-349-0230

<u>By ECF</u>

October 15, 2025

Letter Motion GRANTED

The Honorable Jennifer L. Rochon      Dated: October 16, 2025         **SO ORDERED.**
United States District Judge                   New York, New York
United States Courthouse                                                                        *Jennifer Rochon*
500 Pearl Street                                                                                   **JENNIFER L. ROCHON**
New York, New York 10007                                                           **United States District Judge**

                                                Re:     <u>United States v. Alexander</u>
                                                        24 Cr. 557 (JLR)

Dear Judge Rochon:

     This letter is respectfully submitted to request that Mr. Alexander be permitted to travel to the District of Connecticut on Sunday, October 19, 2025. The purpose of this one day travel is to permit Mr. Alexander to attend his granddaughter's 3rd birthday party.

     I have spoken with Pre-Trial Services Officer Emily Rosado, who informed that Pre-Trial has no objection to this one day modification of Mr. Alexander's travel restrictions. Assistant United States Attorney Justin Horton informed that the Government defers to Pre-Trial on this request.

                                 Respectfully submitted,

                                    /s/ Andrew Patel
                                 Andrew G. Patel

cc:     Emily Rosado
        U.S. Pre-Trial Services Officer (by email)

        Justin Horton
        Assistant United States Attorney (by email)