**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com                                              **Telephone 212-349-0230**

**By ECF**

March 25, 2026

Letter Motion GRANTED.

**SO ORDERED.**

Dated: March 25, 2026
      New York, New York

*Jennifer Rochon*

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**JENNIFER L. ROCHON**
**United States District Judge**

Re:    United States v. Aubry Alexander
       24 Cr. 557 (JLR)

Dear Judge Rochon:

    This letter is respectfully submitted to request a modification of Mr. Alexander's bail conditions to permit him to travel to Buffalo, New York from May 15th through May 17th.   The purpose of this travel is to permit Mr. Alexander to attend his son's college graduation.

    United States Pretrial Services Officer Emily Rosado has informed that she has no objection to this request.   Assistant United States Attorney Justin Horton has informed that the Government defers to Pretrial and has no objection to this request.

                    Respectfully submitted,


                    /s/ Andrew Patel
                    Andrew G. Patel

cc:    Emily Rosado
       United States Pretrial Services Officer (by email)

       Justin Horton
       Assistant United States Attorney (by email)